O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE A. CHAMBERS,<br><br>            Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. EDCV 11-0264-CJC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA"), defendant's Opposition to the EAJA Application and plaintiff's Response thereto, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that plaintiff's EAJA Application is denied.

DATED: April 6, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1